# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cr. No. 25-CR-20244-SHL |
| ) | |
| **TRENDARIOUS HAWKINS,** ) | |
| ) | |
| Defendant. ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have Trendarious Hawkins, RNI#: 504211, now being detained in the Shelby County Jail, appear before Honorable Annie T. Christoff, October 14, 2025, at 1:30pm for Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this 30th day of September, 2025.

             *s/ Raney L. Irwin*
             **Raney L. Irwin**
             **Assistant U. S. Attorney**

---

Upon consideration of the foregoing Application, Tyreece Miller, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TENNESSEE; SHERIFF FLOYD BONNER, JR., SHELBY COUNTY JAIL, MEMPHIS, TENNESSEE.

**YOU ARE HEREBY COMMANDED** to have Trendarious Hawkins, RNI#: 504211, appear before the Honorable Annie T. Christoff at the date and time aforementioned.

ENTERED this 30th day of September, 2025.

             s/Charmiane G. Claxton
             **CHARMIANE G. CLAXTON**
             **U. S. MAGISTRATE JUDGE**

"If for some reason this inmate is no longer in your custody and/or has been transferred to another facility please advise the requesting Assistant United States Attorney."